Clear Form

**FILED**
JAN 26 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Carl A. Wescott )
)
)
Plaintiff, ) CASE NO. C 24 00497
)
vs. ) APPLICATION TO PROCEED
) IN FORMA PAUPERIS    VKD
Google, LLC ) (Non-prisoner cases only)
)
Defendant. )
_____ )

I, Carl A. Wescott, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?         Yes ____ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | My last date of full-time employment was July 4th, 2019. I was working for the SparkLabs
3 | Group with a salary of $150k per year ($12,500 per month).

4 | _____

5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7      a.    Business, Profession or      Yes ___ No ✔
8            self employment?

9      b.    Income from stocks, bonds,      Yes ___ No ✔
10           or royalties?

11     c.    Rent payments?      Yes ___ No ✔

12     d.    Pensions, annuities, or      Yes ___ No ✔
13           life insurance payments?

14     e.    Federal or State welfare payments,      Yes ✔ No ___
15           Social Security or other govern-
16           ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | I am receiving food stamps aka EBT/SNAP, where my benefit is approximately $291/month
20 | (See Exhibit A).

21 | 3. Are you married?      Yes ___ No ✔
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4. a. List amount you contribute to your spouse's support:$ _____
27     b.    List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support. (NOTE: For minor

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2  _____

3  _____

4  5.   Do you own or are you buying a home?         Yes ____ No ✔

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.   Do you own an automobile?                    Yes ____ No ✔

7  Make _____ Year _____ Model _____

8  Is it financed? Yes _____ No _____ If so, Total due: $ _____

9  Monthly Payment: $ _____

10 7.   Do you have a bank account?  Yes ✔ No ____ (Do not include account numbers.)

11 Name(s) and address(es) of bank: I have two credit union accounts, one with Truwest

12 and one with Arizona Financial Credit Union (addresses below) (ON PAGE 4)

13 Present balance(s):  $ $89 (TruWest) and $4 (Arizona Financial)

14 Do you own any cash?  Yes ✔ No ____ Amount:  $ 263.13

15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16 market value.)                                    Yes ✔ No ____

17 I have valuable legal claims (hard to value). I have two single-member LLCs (negative book value)

18 8.   What are your monthly expenses?

19 Rent: $ 0 (live with my mother)        Utilities: 97

20 Food: $ 342                            Clothing: 25

21 Charge Accounts:

22 Name of Account           Monthly Payment          Total Owed on This Account

23 _____          $ ___N/A___              $ _____

24 _____          $ _____         $ _____

25 _____          $ _____         $ _____

26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable.  Do not include account numbers.)

28 Yes.  I owe my mother $500, my friend Corey $2371, and my friend Manoj $12,000.  I have

1 | older, larger debts. I filed chapter 7 bankruptcy November 2017 (discharged granted 2/14/2018)

2 | 10.   Does the complaint which you are seeking to file raise claims that have been presented in
3 | other lawsuits?   Yes ___   No ✔
4 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5 | which they were filed.

6 | _____
7 | _____

8 | I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9 | false statement herein may result in the dismissal of my claims.

10
11 | 1/22/2024                              [signature] C.A. Westcott
12 |     DATE                               SIGNATURE OF APPLICANT

#7 ON PAGE 3
CREDIT UNION ADDRESSES

(1) TRUWEST
    7333 N Via del Paseo
    Scottsdale AZ 85258

(2) ARIZONA FINANCIAL CREDIT UNION
    3396 HAYDEN ROAD
    Scottsdale AZ

- 4 -





Here is my food stamps/
EBT/SNAP card, which
is active.

C.A. Wescott